No. 10–9776. MANKO *v.* LENOX HILL HOSPITAL. Ct. App. N. Y. Certiorari denied.

No. 10–9777. JONES *v.* CLARKE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 10–9780. PARRA *v.* LEE, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 10–9817. HENDERSON *v.* DEPARTMENT OF HEALTH AND HUMAN SERVICES. C. A. 5th Cir. Certiorari denied.

No. 10–9853. CAMARGO *v.* MCDANIEL, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–9877. BIGGINS *v.* BIDEN, ATTORNEY GENERAL OF DELAWARE, ET AL. Sup. Ct. Del. Certiorari denied.

No. 10–9893. BOZIC *v.* PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 10–9918. ROMANCE *v.* BRADT, SUPERINTENDENT, ELMIRA CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 10–9922. DUNN *v.* NOE ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–9931. TENIENTE *v.* MURPHY, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 10–9956. SHELTON *v.* MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 10–9957. SHELTON *v.* MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 10–9964. POWELL *v.* LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 10–9977. LORD *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.